IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES J. MOORE, § | |
| TDCJ-CID NO.1254413, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-06-428 |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, *et al.*, § | |
|     Defendants. § | |

## FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is

DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

    The Clerk will enter this Order and provide all parties with a true copy.

    SIGNED at Houston, Texas on  June 7, 2006.


                                                        MELINDA HARMON
                                                        UNITED STATES DISTRICT JUDGE